Timothy J. Forwood
Wyoming State Bar No. 6-4120
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
timothy.forwood@usdoj.gov

Christopher Humphrey
Humphrey & Associates, P.C.
416 West 24th St.
Cheyenne, WY 82001
Telephone: 307-222-4946
E-mail: chris@humphreylegal.net

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**PHILLIP DOBBINS,**<br><br>　　　　　　Defendant. | Criminal No.　21-CR-84-F and<br>　　　　　　　　21-CR-128-F |

## JOINT STATUS REPORT

The government and counsel for the Defendant are still attempting to negotiate a plea agreement on all matters. Brian Quinn was recently appointed as a mentee attorney to assist Mr. Humphrey in the representation of the Defendant. Defense Counsel recently requested additional discovery from the United States which was provided on February 25, 2022. Due to this additional discovery, it is anticipated that defense counsel will request a thirty-day continuance in order to determine if there are any additional pre-trial issues. If the Court determines the ends of justice

justify a continuance, the parties do not anticipate the matter proceeding to trial on March 14, 2022, as currently scheduled.

DATED this 28th day of February, 2022.

                                                              L. ROBERT MURRAY
                                                              Acting United States Attorney

**By:**   */s/ Christopher Humphrey*            By:   */s/ Timothy J. Forwood*
       CHRISTOPHER HUMPHREY                  TIMOTHY J. FORWOOD
       Attorney for the Defendant                      Assistant United States Attorney